# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-00588-CMA-MDB

CARLOS BRITO,

    Plaintiff,

v.

WETHERLY INVESTMENTS, LLC
D/B/A CROSSROADS AT CITADEL,

    Defendant.

---

## JOIN STIPULATION OF DISMISSAL WITH PREJUDICE
---

    Plaintiff, CARLOS BRITO, and Defendant, WETHERLY INVESTMENTS, LLC D/B/A CROSSROADS AT CITADEL, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 4, 2022.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Amanda H. Halstead* |
| ANTHONY J. PEREZ, ESQ. | AMANDA H. HALSTED |
| GARCIA-MENOCAL & PEREZ, P.L. | MILLS HALSTEAD & ZALOUDEK, LLC. |
| 1600 Broadway | 600 Seventeenth Street, Suite 2800 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: (305) 553-3464 | Telephone: (303)226-5861 |
| Email: ajperez@lawgmp.com | Email: ahh@mhzlegal.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 4, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ